FILED
FEB - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET C. JACKSON,<br>5711 Castlebridge Road, Apartment 132<br>Fredericksburg, VA 22407<br><br>        Plaintiff,<br><br>v.<br><br>CENTRAL ADMIXTURE PHARMACY<br>SERVICES, INC.<br><br>Serve:<br>    Corporation Service Company<br>    1090 Vermont Avenue, N.W.<br>    Washington, D.C. 20005<br><br>and<br><br>B. BRAUN MEDICAL, INC.<br><br>Serve:<br>    Corporation Service Company<br>    1090 Vermont Avenue, N.W.<br>    Washington, D.C. 20005<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No._____<br>)<br>)<br>)<br>)<br>)<br>) CASE NUMBER 1:07CV00296<br>)<br>) JUDGE: Richard W. Roberts<br>)<br>) DECK TYPE: Personal Injury/Malpracti<br>)<br>) DATE STAMP: 02/8/2007<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**LOCAL RULE 7.1 CERTIFICATION**

I, the undersigned, counsel of record for B. Braun Medical, Inc., and Central Admixture Pharmacy Services, Inc., certify that to the best of my knowledge that B. Braun is the parent corporation of B. Braun Medical, Inc., and Central Admixture Pharmacy Services, Inc., and the following are parent companies, subsidiaries or affiliates of B. Braun Medical, Inc., and Central Admixture Pharmacy Services, Inc., which have any outstanding securities in the hands of the public: None.

{D0064326.1}

2

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

/s/ William H. Robinson, Jr.
William H. Robinson, Jr., Bar No. 467615
WRIGHT, ROBINSON, OSTHIMER & TATUM
5335 Wisconsin Avenue, N.W., Suite 920
Washington, D.C. 20015-2030
(202) 244-4668
(202) 244-5135 Facsimile

*Counsel for B. Braun Medical Inc., and Central Admixture Pharmacy Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of February, 2007, copies of the foregoing were mailed first-class, postage prepaid to:

Harvey S. Williams, Esq.
Law Office of Harvey S. Williams
1666 Connecticut Avenue, NW
Suite 225
Washington, DC 20009

*Counsel for Plaintiff*


Clerk's Office – Civil Division
District of Columbia Superior Court
Moultrie Courthouse
500 Indiana Avenue, N.W. Room JM-170
Washington, DC 20001



_____
William H. Robinson, Jr.

{D0064326.1}                    3