UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARGARET C. JACKSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 1:07cv00296 |
| ) | (RWR) |
| **CENTRAL ADMIXTURE PHARMACY** ) | |
| **SERVICES, INC., et al.** ) | |
| ) | |
| Defendants. ) | |

## CONSENT MOTION TO EXTEND TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND MOTION TO TRANSFER

Plaintiff, by counsel, respectfully moves for an enlargement of the time to file her opposition to defendants' Joint Motion To Dismiss For Lack Of Jurisdiction Over Defendants Or Alternatively For Forum Non Conveniens (Docket No. 5); and her opposition to defendant's Motion To Transfer (Docket No. 6). In support of this motion, plaintiff states as follows:

1.  Defendants filed a Notice of Removal in this court on February 8, 2007, thereby removing this case from the District of Columbia Superior Court to the United States District Court for the District of Columbia. On February 20, 2007, defendants filed (i) a motion to dismiss this case alleging lack of jurisdiction over the defendants and (ii) a motion to transfer the case to the Eastern District of Virginia. Plaintiff's oppositions to those motions are currently due March 5, 2007.

2.  Plaintiff requests this enlargement of time in order to conduct and complete discovery on the issue of jurisdiction raised by defendants' motions. All parties agree that plaintiff is entitled to conduct discovery to establish personal jurisdiction and that plaintiff will be unable to fully respond to defendants' motions until that discovery is completed.

3.	Plaintiff has served discovery requests on defendants related to this issue and is in the process of scheduling 30(b)(6) depositions of defendants as well as propounding additional discovery requests.  Plaintiff anticipates that the parties will need until June 18, 2007 to complete this discovery.

4.	Granting this motion will allow the parties to thoroughly brief the issue of personal jurisdiction and inform the court of the full extent of defendants' conduct of business in the District of Columbia.

5.	Defendants consent to an extension of time until June 18, 2007 for plaintiff to file oppositions to defendants' motions.

6.	This enlargement of time will not prejudice any party to this action and is in the interests of justice.

WHEREFORE, plaintiff respectfully requests that the time to respond to defendants' Motion To Dismiss and Motion To Transfer be enlarged until June 18, 2007.

Respectfully submitted,

MARGARET C. JACKSON
By Counsel

     /S/ Harvey S. Williams
Harvey S. Williams, D.C. Bar #437147
Law Office of Harvey S. Williams
1666 Connecticut Ave., N.W
Ste. 225
Washington, D.C.  20009
Tel No. (202) 462-5900
Fax No. (202) 462-5904

Stephanie E. Grana (VSB#35736)
Michael G. Phelan (VSB#29725)
Irvin V. Cantor (VSB#18770)
Cantor Arkema, P.C.
P. O. Box 561
Richmond, VA  23218-0561

                                          (804) 644-1400 telephone
                                        (804) 225-8706 facsimile

                                        Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of March, 2007, I caused a true and exact copy of the foregoing document to be electronically served upon William H. Robinson, Jr., Wright, Robinson, Osthimer & Tatum, 5335 Wisconsin Avenue, N.W., Suite 920, Washington, D.C. 20015-2030, Counsel for Defendants.

                                              /S/  Harvey S. Williams

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARGARET C. JACKSON,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | ) Civil Action No: 1:07cv00296 |
| | )    (RWR) |
| **CENTRAL ADMIXTURE PHARMACY** | ) |
| **SERVICES, INC., et al.** | ) |
| | ) |
|     **Defendants.** | ) |

### ORDER

UPON CONSIDERATION of the parties' Consent Motion To Extend Time To File Plaintiff's Opposition To Defendants' Motion To Dismiss and Motion To Transfer, and the entire record herein, it is this _____ day of _____, 2007, hereby

ORDERED, that the motion is GRANTED; and it is further

ORDERED, that the time for plaintiff to file her oppositions to defendants' Joint Motion To Dismiss For Lack Of Jurisdiction Over Defendants Or Alternatively For Forum Non Conveniens and defendants' Motion To Transfer is enlarged until June 18, 2007.

 

_____
Richard W. Roberts, Judge
United States District Court for the
District of Columbia

COPIES TO:

Harvey S. Williams, Esq.
Law Office of Harvey S. Williams
1666 Connecticut Ave., N.W
Ste. 225
Washington, D.C.  20009

and

Stephanie E. Grana, Esq.
Michael G. Phelan, Esq.
Irvin V. Cantor, Esq.
Cantor Arkema, P.C.
P. O. Box 561
Richmond, VA  23218-0561
(
Counsel for Plaintiff

and


William H. Robinson, Jr., Esq.
Wright, Robinson, Osthimer & Tatum
5335 Wisconsin Avenue, N.W.
Suite 920
Washington, D.C.  20015-2030

Counsel for Defendants

2