**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARGARET C. JACKSON, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No: 1:07cv00296 |
| | )    (RWR) |
| CENTRAL ADMIXTURE PHARMACY | ) |
| SERVICES, INC., et al. | ) |
| | ) |
|   Defendants. | ) |

**CONSENT MOTION TO EXTEND TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND MOTION TO TRANSFER**

Plaintiff, with consent of the defendant, respectfully moves for an enlargement of the time to file her opposition to defendants' Joint Motion To Dismiss For Lack Of Jurisdiction Over Defendants Or Alternatively For Forum Non Conveniens (Docket No. 5); and her opposition to defendant's Motion To Transfer (Docket No. 6). In support of this motion, plaintiff states as follows:

1. The time to file her opposition was previously extended to June 18, 2007, in order to allow the parties to engage in discovery related to the issue of jurisdiction.

2. That discovery is still ongoing and a significant amount remains to be done, including 30(b)(6) depositions of defendants and obtaining and reviewing a significant amount of documentary discovery.

3. All parties agree that plaintiff is entitled to conduct discovery to establish personal jurisdiction and that plaintiff will be unable to fully respond to defendants' motions until that discovery is completed.

4. The parties have agreed to the attached Order, which enlarges the time for plaintiff to file her Opposition to September 17, 2007.

5. Granting this motion will allow the parties to thoroughly brief the issue of personal jurisdiction and inform the court of the full extent of defendants' conduct of business in the District of Columbia.

6. This enlargement of time will not prejudice any party to this action and is in the interests of justice.

WHEREFORE, plaintiff respectfully requests that the time to respond to defendants' Motion To Dismiss and Motion To Transfer be enlarged until September 17, 2007.

Respectfully submitted,

MARGARET C. JACKSON
By Counsel

_/S/ Harvey S. Williams_
Harvey S. Williams, D.C. Bar #437147
Law Office of Harvey S. Williams
1666 Connecticut Ave., N.W
Ste. 225
Washington, D.C.  20009
Tel No. (202) 462-5900
Fax No. (202) 462-5904

Stephanie E. Grana (VSB#35736)
Michael G. Phelan (VSB#29725)
Irvin V. Cantor (VSB#18770)
Cantor Arkema, P.C.
P. O. Box 561
Richmond, VA  23218-0561
(804) 644-1400 telephone
(804) 225-8706 facsimile

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of June, 2007, I caused a true and exact copy of the foregoing document to be electronically served upon William H. Robinson, Jr., Wright, Robinson, Osthimer & Tatum, 5335 Wisconsin Avenue, N.W., Suite 920, Washington, D.C. 20015-2030, Counsel for Defendants.

_/S/  Harvey S. Williams_

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET C. JACKSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No: 1:07cv00296 |
| | )     (RWR) |
| CENTRAL ADMIXTURE PHARMACY | ) |
| SERVICES, INC., et al. | ) |
| | ) |
|     Defendants. | ) |

**AGREED ORDER**

UPON CONSIDERATION of the parties' Consent Motion To Extend Time To File Plaintiff's Opposition To Defendants' Motion To Dismiss and Motion To Transfer, and the entire record herein, it is this _____ day of _____, 2007, hereby

ORDERED, that the motion is GRANTED; and it is further

ORDERED, that the time for plaintiff to file her oppositions to defendants' Joint Motion To Dismiss For Lack Of Jurisdiction Over Defendants Or Alternatively For Forum Non Conveniens and defendants' Motion To Transfer is enlarged until September 17, 2007.

 

_____
Richard W. Roberts, Judge
United States District Court for the
District of Columbia

COPIES TO:

Harvey S. Williams, Esq.
Law Office of Harvey S. Williams
1666 Connecticut Ave., N.W
Ste. 225
Washington, D.C. 20009

and

Stephanie E. Grana, Esq.
Michael G. Phelan, Esq.
Irvin V. Cantor, Esq.
Cantor Arkema, P.C.
P. O. Box 561
Richmond, VA 23218-0561

Counsel for Plaintiff

and


William H. Robinson, Jr., Esq.
Wright, Robinson, Osthimer & Tatum
5335 Wisconsin Avenue, N.W.
Suite 920
Washington, D.C. 20015-2030

Counsel for Defendants