UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET C. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: 1:07cv00296 |
| | )         (RWR) |
| CENTRAL ADMIXTURE PHARMACY | ) |
| SERVICES, INC., et al. | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SETTLEMENT

Plaintiff, by counsel, notifies the court that all claims herein have been settled. A Stipulation of Dismissal will be forthcoming.

Respectfully submitted,

MARGARET C. JACKSON
By Counsel

　　　　/S/ Harvey S. Williams
Harvey S. Williams
D.C. Bar #437147
Law Office of Harvey S. Williams
1666 Connecticut Ave., N.W
Ste. 225
Washington, D.C.  20009
Tel No. (202) 462-5900
Fax No. (202) 462-5904

Stephanie E. Grana (VSB#35736)
Michael G. Phelan (VSB#29725)
Irvin V. Cantor (VSB#18770)
Cantor Arkema, P.C.
P. O. Box 561
Richmond, VA  23218-0561
(804) 644-1400 telephone
(804) 225-8706 facsimile

Counsel for Plaintiff

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 17th day of September, 2007, I caused a true and exact copy of the foregoing document to be electronically served upon William H. Robinson, Jr., Wright, Robinson, Osthimer & Tatum, 5335 Wisconsin Avenue, N.W., Suite 920, Washington, D.C. 20015-2030, Counsel for Defendants.

                                            /S/ Harvey S. Williams