UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**MARGARET C. JACKSON**            )
                                   )
      **Plaintiff,**        )
                                   )
      v.                    )   Civil Action No. 07-296 (RWR)
                                   )
**CENTRAL ADMIXTURE PHARMACY**     )
**SERVS., INC.** et al.            )
                                   )
      **Defendants.**       )
_____)

### ORDER

    Counsel for the plaintiff filed an unopposed notice that the parties have settled all claims. In light of that representation, it is hereby

    ORDERED that this case shall be dismissed without prejudice for thirty days. It is further

    ORDERED that any party may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court. It is further

    ORDERED that if no party moves to reopen this case within thirty days, this case shall, without further order, stand dismissed with prejudice.

    SIGNED this 27th day of September, 2007.

                                                        _____/s/_____
                                                        RICHARD W. ROBERTS
                                                       United States District Judge